*AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| Return | | |
|---|---|---|
| Case No.: 5: 18-MJ-102 | Date and time warrant executed: 4/5/2018  9:30 AM. | Copy of warrant and inventory left with: Nodekah Perry |
| Inventory made in the presence of: Martha Carrillo, U.S. Postal Inspector | | |

Inventory of the property taken and name of any person(s) seized:

[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

Room A:
- Documents regarding House Cleaning Business
- Mail for Trenton Bush

Room B:
- 2 Misc. mail pieces.

Room C:
- Mail in names of others.
- Mail in the name of Rebekah Rockett.
- 1 Pink color RCA tablet.
- 1 box in the name of J.J.
- 1 box in the name of L.H.

Room D:
- Three parcel boxes addressed to a "L.C."

**Certification** (by officer present during the execution of the warrant)

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.*

Date: 4/5/18

_Executing officer's signature_

G. Rodriguez, U.S. Postal Inspector
*Printed name and title*

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: Rockett/Wahlberg
Date: 4/5/18

Subject Address: 61547 La Jolla, Joshua Tree 92252
Floor/Room No.: 'A'

Inspector(s): CARRILLO
Case No.: 2585240-Mt

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____
Shelf: _____ Table: _____ Wall: _____ Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| A01563103 | Misc. Documents, Re: House Cleaning (Top of Dresser) |
| A01563104 | Mail for Tenton Bush (Dresser - Bottom Drawer) |

DISTRIBUTION OF COPIES:
White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS Form 714)
Pink - Subject Searched
Green - Evidence Control Officer (Attach to PS Form 714)

Page 1 of 4 pages

PS Form 8164, October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: Rockett / Wahlberg  Date: 4/5/18

Subject Address: 61547 La Jolla Dr. Joshua Tree CA 92252  Floor/Room No.: 'B'

Inspector(s): Carrillo  Case No. 2585240-Mt

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: _____

Shelf: _____  Table: _____  Wall: _____  Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| A01563105 | 2 Misc. Mail pieces. |

DISTRIBUTION OF COPIES: White- *U.S. Magistrate (Return with Warrant)*
Yellow- *Inspector (Attach to PS Form 714)*
Pink- *Subject Searched*
Green- *Evidence Control Officer (Attach to PS Form 714)*

Page 2 of 4 pages

PS Form 8164, October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: Rockett / Wahlberg
Date: 4/5/18

Subject Address: 61547 La Jolla Dr, Joshua Tree CA 92252
Floor/Room No.: 'C'

Inspector(s): CARRILLO
Case No. 2585240-MT

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: _____

Shelf: _____  Table: _____  Wall: _____  Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| A01563101 | Mail in others Name. Dresser under bottom of Drawer |
| A01563102 | Mail in Karen Watkins Name, & Rebekah Rockett |
| A01563106 | 1 - Pink RCA Lap Top |
| A01563102 | 1-Box Jason Jackson   1 Box Linda Hoffman |

DISTRIBUTION OF COPIES:  White - *U.S. Magistrate (Return with Warrant)*
Yellow - *Inspector (Attach to PS Form 714)*
Pink - *Subject Searched*
Green - *Evidence Control Officer (Attach to PS Form 714)*

PS Form 8164, October 1993

Page 3 of 4 pages

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____/_____

Subject Name: Rockett/Wahlberg
Subject Address: 61547 La Jolla Dr Joshua Tree CA. 92252
Inspector(s): CARRILLO

Date: 4/5/18
Floor/Room No.: 'D'
Case No. 2585240

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____
Shelf: _____ Table: _____ Wall: _____ Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| A01563107 | 3-Boxs 'Linda Camacho' |

DISTRIBUTION OF COPIES: White-*U.S. Magistrate* (Return with Warrant)
Yellow-*Inspector* (Attach to PS Form 714)
Pink-*Subject Searched*
Green-*Evidence Control Officer* (Attach to PS Form 714)

Form 8164, October 1993

Page 4 of 4 pages